IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RICHARD FALCONER                                                                    PLAINTIFF

v.                                                                                         No. 4:02CV310-P-A

LASHUNDA MCCRANEY, ET AL.                                                DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 25th day of April, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE